Freeman C. Hallock, Respondent, *v.* Erie Railroad Company, Appellant.

*Hallock* v. *Erie R. R. Co.,* 164 App. Div. 911, affirmed.
(Argued May 11, 1917; decided May 25, 1917.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 16, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action under the Federal Employers' Liability Act to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of the defendant, his employer. The complaint alleged that plaintiff was employed as a yard brakeman and that on the night of the accident he was

engaged in going along the tracks in defendant's yard making a record of the numbers of the cars on the respective tracks; that the night was dark and rainy, and the defendant negligently omitted to have the yards lighted, and that while plaintiff was engaged in his work, a string of cars at which he was working was struck by another string of cars with great violence, knocking plaintiff down, passing over his right foot, and rendering it necessary to amputate a large portion of the same. Negligence was charged on account of the negligent and careless manner in which said string of cars was allowed to go along said track. The complaint alleged, and the answer admitted, that the defendant and the plaintiff were both engaged in interstate commerce. The answer also admitted the incorporation of the defendant and the interstate character of its business; denied the other allegations of the complaint; set up contributory negligence, both as a defense and in mitigation of damages, and pleaded assumption of risk.

*Warren J. Cheney* for appellant.

*J. W. Hollis* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and McLAUGLIN, JJ.